
RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7/10/06

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| LAWAN J. PERRO, SR. | CIVIL ACTION 06-533 |
| VERSUS | CHIEF JUDGE HAIK |
| TERRY . TERRELL, WARDEN | MAGISTRATE JUDGE HILL |

***************************************************************

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the objections filed herein, this Court concludes that the findings and recommendations of the Magistrate Judge are correct and adopts the conclusions set forth therein.

Accordingly, **IT IS ORDERED, ADJUDGED, and DECREED** that this petition for federal *habeas corpus* relief is hereby **DENIED and DISMISSED WITH PREJUDICE** as petitioner's claims are barred by the one-year limitation period codified at 28 USC section 2244(d).

**THUS DONE AND SIGNED** on this the _____ day of _____, 2006.

CHIEF JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA